# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| H&H MANUFACTURING COMPANY, INC. AND VINCENT TOMEI | : | No. 81 MAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| THOMAS R. TOMEI AND JEANETTE M. TOMEI | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JAMES F. FLANDREAU, ESQUIRE, EXECUTOR AD LITEM FOR THE ESTATE OF MARIE L. TOMEI, DECEASED | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: THOMAS R. TOMEI AND JEANETTE M. TOMEI | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.